```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   20 CR 621 - 2
     -against-                       :
                                     :   ORDER
                                     :
Antonio Zambrano                     :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

    Laura Taylor Swain, Chief United States District Judge:

    ORDERED that the defendant's bail be modified to curfew enforced by GPS monitoring, with the hours at the discretion of Pretrial Services.

    Dated: New York, New York
           August __11__, 2021

                                          SO ORDERED

                                        /s/ Laura Taylor Swain
                                        _____
                                        Laura Taylor Swain
                                        Chief U.S. District Judge