UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

     -v-                                   No.  20 CR 621 (LTS)

ANTONIO ZAMBRANO,

        Defendant.

--------------------------------------------------------x

ORDER

     The sentencing proceeding originally scheduled in the above captioned case for

December 7, 2021, at 2:00pm is hereby rescheduled for January 11, 2022, at 2:00pm**.**

     SO ORDERED.

Dated: New York, New York
      October 8, 2021

                                         /s/ Laura Taylor Swain____
                                     LAURA TAYLOR SWAIN
                                     Chief United States District Judge