UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                     No.  20 CR 621 (LTS)

ANTONIO ZAMBRANO,

            Defendant.

--------------------------------------------------------x

ORDER

        The sentencing proceeding in this case is hereby scheduled to proceed on **March 11, 2022,** at **10:30a.m.,** in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York
       March 4, 2022

                                  _/s/ Laura Taylor Swain___
                                  LAURA TAYLOR SWAIN
                                  Chief United States District Judge