UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ANTONIO ZAMBRANO,

                Defendant.

20-CR-621-LTS-2

ORDER

          On March 11, 2022, Mr. Zambrano was sentenced principally to a term of imprisonment of 72 months.  On January 21, 2025, Mr. Zambrano filed a motion requesting that this Court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines, which went into effect on November 1, 2023, and applies retroactively.  (Docket entry no. 77.)  The United States Probation Department has issued a report indicating that Mr. Zambrano is not eligible for a sentence reduction.  (Docket entry no. 78.)  The Court has considered the record in this case, and the submissions on this motion from Mr. Zambrano.

          Consistent with the analysis prepared by the Probation Department, the Court has determined that Mr. Zambrano is ineligible for this reduction because the original sentence imposed was below the low end of the amended Guideline range.  Accordingly, Mr. Zambrano's motion for a sentence reduction pursuant to Amendment 821 is denied.

This Order resolves docket entry no. 77.

SO ORDERED.

Dated: New York, New York
February 24, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge