UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

v.

ANTONIO ZAMBRANO

                    Defendant.

20-CR-621-LTS-2

<u>ORDER</u>

The Court has received Defendant Antonio Zambrano's letter, postmarked May 22, 2026 and received on May 27, 2026, seeking a compassionate release sentence reduction pursuant to 18 U.S.C. section 3852(c).  The Government is hereby directed to file a response to Mr. Zambrano's motion by **June 10, 2026** and then promptly mail a copy of their response to Mr. Zambrano at the address listed below and file certification of the service of the same. Should Mr. Zambrano wish to file a reply to the Government's response, he must do so by **July 10, 2026**.  The Clerk of Court is respectfully directed to mail the Defendant a copy of this Order at the address listed below.

SO ORDERED.

Dated: New York, New York
       May 27, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**Mail to:**

Mr. Antonio Zambrano

Registration No. 14897-509

FCI Yazoo City Low II

P.O. Box 5000

Yazoo City, MS 39194